T. J. SETTLE, Appellant, v. Henry G. BEARD, U. S. Marshal, Appellee.

Circuit Court of Appeals, Eighth Circuit. October 11, 1928.

No. 8339.

Bird McGuire, Edward P. Marshall, and Felix A. Bodovitz, all of Tulsa, Okl., for appellant.

John M. Goldesberry, U. S. Atty., and W. B. Blair, Asst. U. S. Atty., both of Tulsa, Okl., for appellee.

PER CURIAM. Appeal dismissed, without costs to either party in this court, on motion of appellant.

■

Jouett SHOUSE et al., Appellants, v. Ferdinand HEIM, Executor, etc., Appellee.

Circuit Court of Appeals, Eighth Circuit. November 2, 1928.

No. 8360.

Cyrus Crane and Samuel W. Sawyer, both of Kansas City, Mo., for appellants.

Henry L. Jost, of Kansas City, Mo., for appellee.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.

■

Fred R. SMITH et al., Appellants, v. NATIONAL SURETY CO., Appellee.

Circuit Court of Appeals, Eighth Circuit. April 9, 1929.

No. 8507.

Roy E. Willy and M. G. Luddy, both of Sioux Falls, S. D., for appellants.

U. S. G. Cherry, Holton Davenport, and Gale B. Braithwaite, all of Sioux Falls, S. D., for appellee.

PER CURIAM. Appeal dismissed, without taxation of costs in favor of either party, per stipulation of parties.

■

Leroy E. SPENSE, Appellant, v. Alfred S. TURNER, Doing Business, etc., Appellee.

Circuit Court of Appeals, Eighth Circuit. October 22, 1928.

No. 8221.

Henry H. Wilson, of Lincoln, Neb., for appellant.

Bernard McNeny, of Red Cloud, Neb., for appellee.

PER CURIAM. Appeal dismissed, at costs of appellants, but without taxation of attorney fee, on motion of appellants.